No. 94–8250. DAVIS v. LEONARDO, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 94–8252. HALF-DAY v. PEROT ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–8253. THOMAS v. VIRGINIA (two cases). Sup. Ct. Va. Certiorari denied.

No. 94–8257. BANKHEAD v. CITY OF COLUMBUS, MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 94–8258. TIMMERMAN v. UTAH STATE TAX COMMISSION. Ct. App. Utah. Certiorari denied.

No. 94–8261. COLEMAN v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 94–8297. KAMAL v. BROWN ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–8298. MOORE, GUARDIAN AD LITEM v. AETNA CASUALTY & SURETY CO., INC. C. A. 9th Cir. Certiorari denied.

No. 94–8306. RIVERA-LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8307. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8308. SANTANA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8309. SUTTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–8310. ROGERS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–8315. PETRYKIEVICZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.